400 A.2d 618

In the Interest of Scott Heston, a minor.

Appeal of Heston.

Argued December 5, 1978. Richard S. Wasserbly, Assistant Public Defender, for appellant; Joanne D. Sommer, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Adjudication of delinquency affirmed.